UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESUS MAGO,<br>    *Plaintiff*, | :<br>:<br>: | |
| v. | : | Case No. 3:20CV1466(MPS) |
| THOMAS FINNUCAN, et al.,<br>    *Defendants*. | :<br>:<br>:<br>: | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF ROBINSON CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **JESUS MAGO, #223179**, is confined at the ROBINSON CORRECTIONAL INSTITUTION, 285 Shaker Road, Enfield, Connecticut, in the custody of the Commissioner of Corrections, and an evidentiary hearing in this matter is scheduled to take place on **August 17, 2023 at 11:00 a.m.;** and

WHEREAS it is necessary for the said **JESUS MAGO** to be before this court for these proceedings;

You are hereby commanded to deliver the said **JESUS MAGO, #223179**, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **August 17, 2023 at 11:00 a.m.** and to be returned to your custody immediately at the conclusion of the hearing.

SO ORDERED at Hartford, Connecticut this 28th day of July, 2023.

                                              _____/s/_____
                                              Michael P. Shea
                                              United States District Judge