UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESUS MAGO,  :  *Plaintiff*,  :  :  v.  :  :  THOMAS FINNUCAN, et al.,  :  *Defendants*.  :  : | Case No. 3:20CV1466(MPS) |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF ROBINSON CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **JESUS MAGO, #223179**, is confined at the ROBINSON CORRECTIONAL INSTITUTION, 285 Shaker Road, Enfield, Connecticut, in the custody of the Commissioner of Corrections, and the **August 17, 2023** evidentiary hearing has been RESCHEDULED to **September 7, 2023 at 2:00 pm;** and

WHEREAS it is necessary for the said **JESUS MAGO** to be before this court for this proceeding;

You are hereby commanded to deliver the said **JESUS MAGO, #223179**, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **September 7, 2023 at 2:00 pm** and to be returned to your custody immediately at the conclusion of the hearing.

SO ORDERED at Hartford, Connecticut this 17th day of August, 2023.

_____/s/_____
Michael P. Shea
United States District Judge